# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO.: 10-12940 |
| Plaintiff, | HON.: PATRICK J. DUGGAN |
| vs. | |
| TIMOTHY R. REESE, | |
| Defendant. | |
| _____/ | |

## ORDER FOR ALTERNATE SERVICE

AT A SESSION OF SAID COURT HELD IN
THE U.S. COURTHOUSE, DETROIT, MICHIGAN
ON September 28, 2010.
After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant Timothy R. Reese cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following methods(s):

a. First class mail to 15130 Oak Park Blvd., Oak Park, MI 48237-1920.

b. Certified Mail, Return Receipt Requested.

c. Tacking or firmly affixing to the door at 15130 Oak Park Blvd., Oak Park, MI 48237-1920.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the Court.

                                                             S/Patrick J. Duggan  
                                                             Patrick J. Duggan  
                                                             United States District Judge

Dated: September 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2010, by electronic and/or ordinary mail.

                                                             S/Marilyn Orem  
                                                             Case Manager